# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ADRIANA GUTIERREZ-RAMIREZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:23-cv-01420-LSC-SGC |
| | ) |
| KIMBERLY NEELY, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on July 29, 2024, recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be denied because the petitioner is ineligible for the relief she seeks. (Doc. 6). Although the report notified the parties of the right to object, the court has not received objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the petitioner's claims will be denied and dismissed with prejudice. Because the petition concerns a federal sentence, a certificate of appealability is not required.

A separate order will be entered.

**DONE** and **ORDERED** on August 26, 2024.

_____
L. Scott Coogler
United States District Judge

160704